UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 2:24-cr-0027 CKD |
| v. | JUDGMENT IN CRIMINAL CASE |
| **Richard Zuniga** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 18 U.S.C. §13 and CVC §12500 | Driving Without a Valid License |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY**

The defendant shall pay a fine of $350 for a total financial obligation of $350, which shall be paid in full by 6/20/2024.

☒ Total financial obligation of $350 due immediately or no later than 6/20/2024.
☐ Monthly payments of $ , per month for  months commencing on  and each month thereafter by the  of the month until paid in full.

☐ **PROBATION** for a term of  months, expiring on . Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☐ You shall perform  hours of community service by  .

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of  beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on  by  .

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a **REVIEW HEARING** on  at  and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

DATED: 3/26/2024

*/s/Carolyn K. Delaney*
**CAROLYN K. DELANEY**
United States Magistrate Judge

CRD Initials: lmk